IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 13-70104-RBK |
| ASHTON GROVE, LC | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**APPLICATION TO SELL REAL PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS AND OTHER INTERESTS
AND FOR PAYMENT OF FEES AND EXPENSES OF SALE
(4370 COVINGTON WAY, NORMAN OK 73072)**

**This pleading requests relief that may be adverse to your interests. If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE RONALD B. KING, CHIEF U. S. BANKRUPTCY JUDGE:

COMES NOW Randolph N. Osherow ("Trustee"), the chapter 7 trustee for the above-captioned and numbered case, and files this *Application to Sell Real Property of the Estate Free and Clear of Liens and Other Interests and for Payment of Fees and Expenses of Sale (4370 Covington Way, Norman, OK 73072)* (hereinafter the "Application"), and in support thereof would respectfully show the Court as follows:

**I.
BACKGROUND FACTS**

1.  This case was filed as a chapter 11 bankruptcy on August 12, 2013. On July 8, 2015, the case was converted to chapter 7, at which time Randolph N. Osherow ("Trustee") was appointed as trustee and continues to act in that capacity.

2.  Ashton Grove, LC ("Debtor") is the developer of the approximately 160-acre Ashton Grove planned unit development situated in the City of Norman, Oklahoma ("PUD"). Approximately 31 acres out of the PUD have been designated as common areas and conveyed to Ashton Grove Master Association, an Oklahoma not-for-profit corporation. Although the PUD master plan contemplates development in as many as seven phases, only two phases containing approximately 58 acres and 74 lots are platted. The Debtor as developer owns some of these platted lots.

3. The Trustee seeks ultimately to sell the Debtor's entire interest in the PUD to a developer, but has received an offer to purchase a certain platted lot comprising approximately 0.72 acres locally known as 4370 Covington Way, Norman, Oklahoma 73072 (the "Real Property"). The property is more particularly described as Ashton Grove 1, Lot 21, Block 1, Cleveland County, Oklahoma. The Trustee intends to sell the Real Property and apply the proceeds against secured debt and reduce or remove the associated liens, together with any priority encumbrances for ad valorem taxes, which is likely to facilitate the sale of the Debtor's remaining interest in the asset. The Real Property is wholly owned by the bankruptcy estate.

## II.
## PROPERTY TO BE SOLD

4. The Real Property is to be sold AS IS and WHERE IS to DMB Revocable Trust for $180,000.00 cash.

## III.
## SALE PROCEDURE

5. Trustee seeks to sell the Real Property by private sale to DMB Revocable Trust. If, however, a timely objection to this motion to sell is filed, an auction sale will be conducted at the United States Bankruptcy Court, Hipolito F. Garcia Federal Building, 615 East Houston Street, Courtroom No. 1, San Antonio, Texas, on the date and time to be set by the Court to allow the objecting party to bid on the Real Property. Notice of the scheduled hearing will be provided by the trustee to all parties-in-interest pursuant to Bankruptcy Rule 9014.

6. Additional bids must be in increments of $10,000.00.

7. The Real Property will be sold free and clear of all liens and other interests, except for the first priority lien held by Bank of Oklahoma and any past-due ad valorem taxes, which shall be paid at closing.

8. Any purchaser shall execute a closing acknowledgment. A sample of the closing acknowledgment will be provided to any potential bidder.

9. Future ad valorem taxes will continue to accrue to the purchaser. All past-due ad valorem taxes shall be paid at closing following a determination by Cleveland County, Oklahoma, of the amount to be apportioned to bankruptcy estate. In addition, all ordinary and standard closing costs shall be paid at closing. Further, there shall be paid the statutory Trustee's fee pursuant to 11 U.S.C. § 326(a). Therefore, if the Real Property is sold for $180,000.00, Trustee's commission shall be $9,000.00.

10. This sale by itself will not pay the entire the secured debt owed to Bank of Oklahoma. However, the sale is needed to reduce the secured claims against the remaining property to be sold by the Trustee. Within ten (10) days before closing of this sale, Bank of Oklahoma shall provide a payoff to the Trustee. The Trustee requests that no further order be necessary for the Trustee to deliver payment of the sale proceeds to Bank of Oklahoma.

### IV.
### TRUSTEE'S ESTIMATED VALUE AND BASIS THEREOF

11. There have been previous sales during the chapter 11 case and the chapter 7 case. Thus, Trustee has some knowledge of the value of the lots and feels this is a fair offer. However, the fair market value will be determined by the sale of the Real Property.

### V.
### MARKETING OF SAID PROPERTY

12. All creditors, parties in interest, and parties requesting notice have been served with this Application to Sell Property.

### VI.
### TAX CONSEQUENCES

13 The Trustee does not believe that the bankruptcy estate will suffer any negative tax consequences as a result of the sale.

### VII.
### LIENS

14. The Trustee knows of no liens on the property except those of the Bank of Oklahoma and potential ad valorem tax liens.

# VIII.
# ESTIMATED COST OF SALE AND NET TO THE ESTATE

15. The amount of total general (priority and unsecured) claims in the estate is in excess of $5,000,000.00.

16. Bank of Oklahoma is owed approximately $267,629.66 with a per diem of $15.79. This sale obviously will not satisfy the Bank of Oklahoma's debt in full. However, this sale will greatly benefit the estate.

17. It is Trustee's position that a sale in this manner is in the best interest of the estate and will net the estate the most money for distribution to creditors. A copy of this Application is being forwarded to all creditors in accordance with Local Rule 9014.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully prays that the Court enter an order approving the sale under the terms and conditions set forth herein, approving payment of fees and expenses of sale, and finding that the Real Property is wholly owned by the bankruptcy estate. In addition, Trustee prays for any further relief, both general and special, legal and equitable, to which he may show himself justly entitled.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: */s/ Steve Turner*
    Steve Turner
    State Bar No. 20341700
    3809 Juniper Trace, Suite 205
    Austin, Texas 78738
    Phone: (512) 687-2502
    Fax: (512) 477-1112
    SteveT@BDFGroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

   By my signature below, I hereby certify that on the 11th day of October, 2017, a true and correct copy of the foregoing document was served upon all parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system or by regular first class mail.

                   */s/ Steve Turner*
                   Steve Turner

ASHTON GROVE LC
C/O W DOW HAMM JR
1402 COUNTRY CLUB
MIDLAND TX 79701-5713

G JAMES LANDON
STREUSAND LANDON & OZBURN LLP
811 BARTON SPRINGS RD STE 811
AUSTIN TX 78704

SABRINA L STREUSAND
STREUSAND LANDON & OZBURN LLP
811 BARTON SPRINGS RD STE 811
AUSTIN TX 78704

SETH E MEISEL
DUBOIS BRYANT & CAMPBELL LLP
303 COLORADO ST STE 2300
AUSTIN TX 78701

RANDOLPH N OSHEROW
CHAPTER 7 TRUSTEE
342 W WOODLAWN STE 100
SAN ANTONIO TX 78212

JAMES W ROSE
OFFICE OF THE U S TRUSTEE
PO BOX 1539
SAN ANTONIO TX 78295-1539

ABOWITZ TIMBERLAKE DAHNKE ET AL
PO BOX 1937
OKLAHOMA CITY OK 73101-1937

==ALAN HOLLOWAY
4020 CASTLEROCK RD
NORMAN OK 73072-1750
(RETURNED AS UNDELIVERABLE==

ANGELA L WRIGHT
4113 TETON OVAL
NORMAN OK 73072-1975

ANITA HOLLOWAY
PO BOX 722005
NORMAN OK 73070-8523

ARTHUR W SCHMIDT
TRAVIS P BROWN
MAHAFFEY & GORE PC
300 NE 1ST ST
OKLAHOMA CITY OK 73104-4004

BOKF NA DBA BANK OF OKLAHOMA
C/O MICHAEL P MENTON
SETTLEPOU
3333 LEE PKWY 8TH FL
DALLAS TX 75219-5111

BANK OF OKLAHOMA NA
C/O LARRY G BALL
HALL ESTILL
100 N BROADWAY STE 2900
OKLAHOMA CITY OK 73102

BANK OF OKLAHOMA NA
COMMERCE BANKING CENTER
9520 N MAY AVE
OKLAHOMA CITY OK 73120-2711

BANK OF OKLAHOMA NA
C/O JENNIFER HEALD CASTILLO
HALL ESTILL
100 N BROADWAY STE 2900
OKLAHOMA CITY OK 73102

BLAKE SONNE
SONNE LAW FIRM PLC
PO BOX 667
NORMAN OK 73070-0667

BRIAN SCHWARTZ
SCHWARTZ PAVING CO INC
8251 W RENO
OKLAHOMA CITY OK 73127-7202

C DAVID RHOADES RECEIVER
TURNAROUND PROFESSIONALS
401 S BOSTON AVE STE 2200
TULSA OK 74103-4058

C DAVID RHOADES RECEIVER FOR
ASHTON GROVE MASTER ASSN
210 PARK AVE STE 2920
OKLAHOMA CITY OK 73102-5645

CAMILLE L CAMP TRUSTEE
CAMILLE L CAMP 2005 TRUST
4411 ASHTON CT
NORMAN OK 73072-2306

CAMILLE L CAMP TRUSTEE
CAMILLE L CAMP 2005 TRUST
C/O PHILLIPS MURRAH PC
101 N ROBINSON AVE 13TH FL
OKLAHOMA CITY OK 73102-5523

ROBERT A STOOPS
CAROL L STOOPS
C/O PHILLIPS MURRAH PC
101 N ROBINSON AVE 13TH FL
OKLAHOMA CITY OK 73102-5523

CHAMBERS CONSTRUCTION
10925 LAKE RIDGE RUN
OKLAHOMA CITY OK 73170-2429

CHARLES W HOLLEN
CONNIE J HOLLEN
C/O PHILLIPS MURRAH PC
101 N ROBINSON AVE 13TH FL
OKLAHOMA CITY OK 73102-5523

CHARLES W HOLLEN
CONNIE J HOLLEN
4401 ASHTON CT
NORMAN OK 73072-2306

ROBERT A STOOPS
CAROL L STOOPS
5400 – 36TH AVE NW
NORMAN OK 73072-1303

CLARK STAKEM WOOD & PATTEN PC
C/O BLAKE VIRGIN
404 S PETERS
NORMAN OK 73069-6038

RONALD E STAKEM
CLARK STAKEM WOOD & PATTEN PC
3545 NW 58TH ST STE 400
OKLAHOMA CITY OK 73112-4725

CRAIG E BROWN
WHEELER WHEELER MORGAN ET AL
50 PENN PL STE 450
1900 NORTHWEST EXPY
OKLAHOMA CITY OK 73118-1849

DAVID MORAN
JACKSON WALKER LLP
2323 ROSS AVE STE 600
DALLAS TX 75201-2725

DAVID TINSLEY
CLEVELAND COUNTY ASSESSOR
201 S JONES RM 120
NORMAN OK 73069-6076

DAVID WILLIAMS CONTRACTING INC
C/O LOOPER REED & MCGRAW PC
1601 ELM ST STE 4600
DALLAS TX 75201-7212

DAVID WILLIAMS CONTRACTING INC
2012 DANFIELD DR
NORMAN OK 73072-3026

DENICE SMITH
5535 MEMORIAL DR STE F556
HOUSTON TX 77007-8021

DOUGLAS S CROWDER
SAMUEL L TALLEY
TALLEY CROWDER & TALLEY
219 E MAIN ST
NORMAN OK 73069-1304

JIM LARIMORE
DURBIN LARIMORE & BIALICK PC
920 N HARVEY
OKLAHOMA CITY OK 73102-2600

FRED CHAMBERS
SANDRA CHAMBERS
10925 LAKE RIDGE RUN
OKLAHOMA CITY OK 73170-2429

G MIKE JOLLEY AND JENNIE L JOLLEY
TRUSTEES – JENNIE L JOLLEY FAMILY
C/O PHILLIPS MURRAH PC
101 N ROBINSON AVE 13TH FL
OKLAHOMA CITY OK 73102-5523

G MIKE JOLLEY AND JENNIE L JOLLEY
TRUSTEES – JENNIE L JOLLEY FAMILY
4104 W ROCK CREEK RD
NORMAN OK 73072

GREGG AND CINDY BYRAM
C/O MICHAEL FLUME
FLUME LAW FIRM LLP
1020 NE LOOP 410 STE 200
SAN ANTONIO TX 78209-1218

MICHAEL D SELLERS
GAIL M SELLERS
C/O PHILLIPS MURRAH PC
101 N ROBINSON AVE 13TH FL
OKLAHOMA CITY OK 73102-5523

GEOFF POTTS
1302 BROOKDALE DR
NORMAN OK 73072-3605

GLENN FOSTER
4410 BERRY FARM RD
NORMAN OK 73072-2307

GLENN FOSTER
C/O LOOPER REED & MCGRAW PC
1601 ELM ST STE 4600
DALLAS TX 75201-7212

GREG BYRAM
4303 COVINGTON WAY
NORMAN OK 73072-2315

HAL W SMITH
4717 SUNDANCE CIR
NORMAN OK 73072-3900

HAYNES AND BOONE LLP
ATTN STEPHEN M PEZANOSKY PTNR
2323 VICTORY AVE STE 700
DALLAS TX 75219-7673

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA PA 19101-7317

JACK S DAWSON
MILLER DOLLARHIDE PC
210 PARK AVE STE 2550
OKLAHOMA CITY OK 73102-5609

MONICA S BLACKER
JACKSON WALKER LLP
2323 ROSS AVE STE 600
DALLAS TX 75201

JAMSHID MOTIEI
CHERYL F MOTIEI
2020 DANFIELD DR
NORMAN OK 73072-3026

JASON M KRETH
THOMAS G WOLFE
PHILLIPS MURRAH PC
101 N ROBINSON 13TH FL
OKLAHOMA CITY OK 73102-5504

JEFF RYAN
JACKSON & RYAN ARCHITECTS
2370 RICE BLVD STE 210
HOUSTON TX 77005-2660

JEFFREY M SITH
SENIOR VICE PRESIDENT
BOK FINANCIAL
5956 SHERRY LN STE 600
DALLAS TX 75225-8017

JEFFREY P NEES
KATHY L NEES
C/O PHILLIPS MURRAH PC
101 N ROBINSON AVE 13TH FL
OKLAHOMA CITY OK 73102-5523

JEFFREY P NEES
KATHY L NEES
4380 COVINGTON WAY
NORMAN OK 73072-2315

JEFFREY W LEWIS
7702 LAS MIRAS CT
CORPUS CHRISTI TX 78414-5793

SAMUEL EDWARD DAKIL II
JENNY C DAKIL
4310 COVINGTON CT
NORMAN OK 73072-2316

SAMUEL EDWARD DAKIL II
JENNY C DAKIL
C/O PHILLIPS MURRAH PC
101 N ROBINSON AVE 13TH FL
OKLAHOMA CITY OK 73102-5523

JERRY D CLEMENT PE
JACOBS ENGINEERING
10001 BROADWAY EXT
SERVICE RD
OKLAHOMA CITY OK 73114-6307

JOHN SIMONELLI  
C/O PHILLIPS MURRAH PC  
101 N ROBINSON AVE 13TH FL  
OKLAHOMA CITY OK 73102-5523

JOSHUA S TURNER  
219 E MAIN ST  
NORMAN OK 73069-1304

KELLY DURHAM & PITTARD LLP  
PO BOX 224626  
DALLAS TX 75222-4626

STANTON M NELSON  
KERRY S NELSON  
C/O PHILLIPS MURRAH PC  
101 N ROBINSON AVE 13TH FL  
OKLAHOMA CITY OK 73102-5523

MARCUM NURSERY INC  
169 N MAIN AVE  
GOLDSBY OK 73093-9115

MARK A CAMP TRUSTEE  
MARK A CAMP 2005 TRUST  
C/O PHILLIPS MURRAH PC  
101 N ROBINSON AVE 13TH FL  
OKLAHOMA CITY OK 73102-5523

MARK A CAMP TRUSTEE  
MARK A CAMP 2005 TRUST  
4411 ASHTON CT  
NORMAN OK 73072-2306

MATTHEWS TRENCHING CO INC  
PO BOX 15479  
OKLAHOMA CITY OK 73155-5479

MICHAEL ANDREW MARSHALL  
ETHEL KAY MARSHALL  
C/O PHILLIPS MURRAH PC  
101 N ROBINSON AVE 13TH FL  
OKLAHOMA CITY OK 73102-5523

MICHAEL D SELLERS  
GAIL M SELLERS  
4311 BERRY FARM RD  
NORMAN OK 73072-2311

MICHAEL VAHABZADEGAN  
DEBORAH VAHABZADEGAN  
C/O PHILLIPS MURRAH PC  
101 N ROBINSON AVE 13TH FL  
OKLAHOMA CITY OK 73102-5523

MO KARAMI  
4028 GLOUCESTER LN  
NORMAN OK 73072-4025

NEES CLAIMANTS  
C/O RAYMOND W BATTAGLIA  
STRASBURGER & PRICE LLP  
2301 BROADWAY ST  
SAN ANTONIO TX 78215-1157

P MARK MOORE  
O MEGAN MOORE  
4300 COVINGTON WAY  
NORMAN OK 73072-2314

P MARK MOORE  
O MEGAN MOORE  
C/O PHILLIPS MURRAH PC  
101 N ROBINSON AVE 13TH FL  
OKLAHOMA CITY OK 73102-5523

ODEAN L VOLKER  
HAYNES AND BOONE LLP  
ONE HOUSTON CENTER  
1221 MCKINNEY ST STE 2100  
HOUSTON TX 77010-2020

OKLAHOMA TAX COMMISSION  
100 N BROADWAY AVE STE 1500  
OKLAHOMA CITY OK 73102-8601

OLD REPUBLIC TITLE COMPANY OF OK  
905 – 24TH AVE NW STE A  
NORMAN OK 73069-6203

ROD THORNTON  
4410 ASHTON CT  
NORMAN OK 73072-2306

SEAN PAUL RIEGER  
S P RIEGER PLLC  
136 THOMPSON DR  
NORMAN OK 73069-5245

STANTON M NELSON  
KERRY S NELSON  
4340 COVINGTON CT  
NORMAN OK 73072

STEPHEN RAY JOHNSON  
GIDEON LINCECUM  
HOLLADAY & CHILTON PLLC  
204 N ROBINSON STE 1550  
OKLAHOMA CITY OK 73102-6811

THE ASHTON GROVE MASTER ASSN  
C/O C DAVID RHOADES RECEIVER  
FRAUD & FORENSIC INVESTIGATIONS  
120 N ROBINSON STE 1920  
OKLAHOMA CITY OK 73102-7893  
(RETURNED AS UNDELIVERABLE)

THE JOHN SIMONELLI TRUST  
C/O PHILLIPS MURRAH PC  
101 N ROBINSON AVE 13TH FL  
OKLAHOMA CITY OK 73102-5523

VAHID SALALATI  
AIMEE SALALATI  
C/O LOOPER REED & MCGRAW PC  
1601 ELM ST STE 4600  
DALLAS TX 75201-7212

VAHID SALALATI  
AIMEE SALALATI  
415 FOXBOROUGH CT  
NORMAN OK 73072-4479

W DOW HAMM JR  
C/O SARAH B FOSTER  
PO BOX 161043  
AUSTIN TX 78716-1043  
(ATTORNEY TERMINATED)

WEST & ASSOCIATES LLP  
320 S RL THORNTON FRWY STE 300  
DALLAS TX 75203

WILLIAM D WRIGHT  
15815 FAIRVIEW RD  
OKLAHOMA CITY OK 73013

WILLIAM R OLIVER  
1609 GUILFORD LN  
NICHOLS HILLS OK 73120-1219

BEIRNE MAYNARD & PARSONS LLP
1300 POST OAK BLVD STE 2500
HOUSTON TX 77056

BABETTE PATTON
BREATHWIT & PATTON PC
500 N WALKER STE C 100
OKLAHOMA CITY OK 73102

DARLENE PLUMLY CPA
11702-B GRANT RD STE 139
CYPRESS TX 77429-2983

KAYLEE HARPER CPA
PO BOX 2416
CYPRESS TX 77410-2416

PAUL G SUMMARS
SUMMARS & ASSOCIATES PC
8215 S WALKER AVE
OKLAHOMA CITY OK 73137-9451

MARY HELEN PHILLIPS
902 SHADY HOLLOW
NEW BRAUNFELS TX 78132

WILLIAM DOW HAMM III
PO BOX 2051
CYPRESS TX 77410-2051

CHARLES F ALDEN III
CHARLES F ALDEN III PC
309 NW 9TH ST
OKLAHOMA CITY OK 73102

RONALD E STAKEM
CHEEK & FALCONE PLLC
6301 WATERFORD BLVD STE 320
OKLAHOMA CITY OK 73118

JUDY HAMILTON MORSE
CROWE & DUNLEVY
BRANIFF BUILDING
324 N ROBINSON AVE STE 100
OKLAHOMA CITY OK 73102

DAVID M BRAUCKMANN
MICHELLE BRAUCKMANN
3101 W TECUMSEH RD STE 200
NORMAN OK 73072

ERIC J TAUBE
WALLER LANSDEN DORTCH & DAVIS LLP
100 CONGRESS AVE STE 1800
AUSTIN TX 78701

CLEVELAND R BURKE
WALLER LANSDEN DORTCH & DAVIS
100 CONGRESS AVE STE 1800
AUSTIN TX 78701